CHARLES H. MILLER et al., as Trustees under the Will of JANE M. MILLER, Deceased, Appellants, *v.* FANNY HARRIS, Respondent.

Reported below, 125 App. Div. 922.
(Submitted November 9, 1908; decided November 17, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered in April, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that no question of law is involved and the only exceptions appearing in the record are frivolous.

*Ezekiel Fixman* for motion.

*Otto C. Wierum, Jr.,* opposed.

Motion denied, with ten dollars costs.